IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY HARRIS,

    Petitioner,

v.                                      4:16cv706–WS/CAS

STATE OF FLORIDA, et al.,

    Defendants.

_____

ORDER DIRECTING TRANSFER OF CASE

    Before the court is the magistrate judge's report and recommendation (doc. 12) docketed November 15, 2016. The magistrate judge recommends that the action be transferred to the United States District Court for the Southern District of Florida, Miami Division. Petitioner Harris has filed objections (doc. 13) to the report and recommendation.

    The court finding no merit to Harris's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.

DONE AND ORDERED this   8th   day of    December   , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE